503 A.2d 930

In re ESTATE OF Corvan S. BRYAN, Late of Franklin Township, Adams County, Pa.

Marian Flynn GULDEN

v.

Marian BRYAN, Petitioner/Appellant.

Supreme Court of Pennsylvania.

Jan. 23, 1986.

Petition for Allowance of Appeal GRANTED, No. 4 M.D. Appeal Docket 1986.